IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV172-FDW-DSC

| | |
|---|---|
| JOHN PARKS SIMPSON, et. al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AIR LIQUIDE AMERICA, LP, et. al., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [of Daniel B. White]" (document #24) filed June 12, 2009. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 12, 2009

_David S. Cayer_
David S. Cayer
United States Magistrate Judge