**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09-CV-172-FDW-DSC**

| | |
|---|---|
| JOHN PARKS SIMPSON and FREDA SIMPSON, wife, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AIR LIQUIDE AMERICA, LP; CELITE CORPORATION; MINE SAFETY APPLIANCES COMPANY; PORTER WARNER INDUSTRIES, LLC; WESCO REFRACTORIES, INC. and JOHN DOE 1-5, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [of Stephanie G. Flynn and Frances G. Zacher]" (documents #57 and 58) filed April 6, 2010. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

Signed: April 12, 2010

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge