UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| John Parks Simpson and Freda Simpson,<br><br>Plaintiffs,<br>vs.<br><br>Air Liquide America LP, Celite Corp.,<br>Mine Safety Appliances Co., Porter<br>Warner Industr. LLC,<br>Wesco Refractories, Inc, and John Doe 1-5<br><br>Defendants. | CIV. NO. 3:09-CV-172-FDW-DSC |

## PLAINTIFFS' FILING OF EXPERT REPORTS

Comes now the Plaintiff pursuant to this Court's Scheduling Order and hereby files the following expert reports in the above referenced case:

(A) William F. Alleyne, II, MD, FCCP – Attachment A;

(B) David F. Goldsmith, Ph.D – Attachment B; and

(C) Arton Barrie, Ph.D.
 Caliche Limited
 P.O. Box 107
 Magnolia, Texas 77353-0107

Dr. Barrie is an Industrial Hygienist, and will testify as to the field exposures experienced by Mr. Simpson and his co-workers from a review of the depositions. As no depositions have been taken, no report is available at this time. Plaintiffs will make arrangements for Dr. Barrie to produce a report after the depositions have been taken, and make him available for deposition.

1

Respectfully Submitted:

s/Frederick Jekel
_____
Frederick Jekel, Esq.
**Jekel-Doolittle, LLC**
210 Wingo Way, Suite 201
P.O. Box 2579
Mt. Pleasant, SC 29465
(843) 654-7700
(888) 567-1129 (fax)
Fritz@J-DLaw.com

AND

Bill Graham, Esq.
**Wallace & Graham, P.A.**
525 North Main Street
Salisbury, N.C. 28144
(704) 633-5244
(704) 633-9434 (fax)
Bgraham@wallacegraham.com

ATTORNEYS FOR THE PLAINTIFFS