UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN PARKS SIMPSON and FREDA SIMPSON, wife, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIR LIQUIDE AMERICA, LP; CELITE CORPORATION; MINE SAFETY APPLIANCES COMPANY; PORTER WARNER INDUSTRIES, LLC; WESCO REFRACTORIES, INC. and JOHN DOE 1-5, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>3:09-CV-172-FDW-DSC |

**PLAINTIFFS' AND DEFENDANT CELITE CORPORATION'S JOINT MOTION FOR ENTRY OF CONSENT ORDER VOLUNTARILY DISMISSING DEFENDANT CELITE CORPORATION WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant Celite Corporation ("Celite") jointly move this Court for an order dismissing without prejudice Celite as a party to this action and state as follows:

Plaintiffs instituted this product liability action, naming Celite Corporation and a number of other parties as Defendants. At this stage in the discovery process, Plaintiffs and Celite have determined and agreed that Celite should be dismissed without prejudice. Specifically, discovery thus far has produced no identification of any Celite product that could have potentially caused Plaintiff John Parks Simpson's alleged injuries.

The voluntary dismissal of parties who have answered the Complaint requires a Court order pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully submit that the Court should exercise its discretion in dismissing Celite from this action because no product of Celite's has been identified as being at issue in this litigation. Should such evidence emerge

during further discovery, Plaintiffs intend to re-file their claims against Defendant Celite as the rules permit. Accordingly, Plaintiffs and Celite request that the Court enter the attached proposed order designating this voluntarily dismissal as Plaintiffs' first voluntary dismissal of Celite, which will not operate as an adjudication of the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

## CONCLUSION

For the foregoing reasons, Plaintiffs and Celite respectfully request that this Court grant their Joint Motion to Voluntarily Dismiss Without Prejudice Defendant Celite Corporation and enter the proposed Order attached hereto.

Jointly and respectfully submitted this 23rd day of June 2010 by:

| JEKEL-DOOLITTLE, LLC | ALSTON & BIRD LLP |
|---|---|
| *s/Frederick Jekel* (with Permission)<br>Frederick Jekel<br>JEKEL-DOOLITTLE, LLC<br>210 Wingo Way, Suite 201<br>P.O. Box 2579<br>Mt. Pleasant, SC 29465<br>(843) 654-7700<br>(888) 567-1129 (fax)<br>Fritz@J-DLaw.com<br>*Attorney for Plaintiffs* | *s/ Noelle T. Valentine*<br>Noelle T. Valentine<br>North Carolina Bar No.: 34260<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>101 S. Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>(704) 444-1000 – telephone<br>(704) 444-1111 – facsimile<br>Noelle.valentine@alston.com – e-mail<br>*Attorney for Defendant*<br>*Celite Corporation* |

Consented to by:

| JEKEL-DOOLITTLE, LLC | ALSTON & BIRD LLP |
|---|---|

<table>
<tr><td>

*s/Frederick Jekel* (with Permission)
Frederick Jekel
JEKEL-DOOLITTLE, LLC
210 Wingo Way, Suite 201
P.O. Box 2579
Mt. Pleasant, SC 29465
(843) 654-7700
(888) 567-1129 (fax)
Fritz@J-DLaw.com
*Attorney for Plaintiffs*

</td><td>

*s/ Noelle T. Valentine*
Noelle T. Valentine
ALSTON & BIRD LLP
North Carolina Bar No.: 34260
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
(704) 444-1000 – telephone
(704) 444-1111 – facsimile
 noelle.valentine@alston.com – e-mail
 *Attorney for Defendant*
*Celite Corporation*

</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JOHN PARKS SIMPSON and FREDA SIMPSON, wife, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIR LIQUIDE AMERICA, LP; CELITE CORPORATION; MINE SAFETY APPLIANCES COMPANY; PORTER WARNER INDUSTRIES, LLC; WESCO REFRACTORIES, INC. and JOHN DOE 1-5, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>3:09-CV-172-FDW-DSC |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed with the Court the foregoing The undersigned hereby certifies that a copy of the foregoing **PLAINTIFFS' AND DEFENDANT CELITE CORPORATION'S JOINT MOTION FOR ENTRY OF CONSENT ORDER VOLUNTARILY DISMISSING DEFENDANT CELITE CORPORATION WITHOUT PREJUDICE** which was served upon all counsel of record as listed on the docket of this Court via CM/ECF at the following addresses:

| | |
|---|---|
| **William M. Graham** | **Anthony T. Lathrop** |
| bgraham@wallacegraham.com | tonylathrop@mvalaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant Air Liquide Am., LP* |
| | |
| **Frederick John Jekel** | **Matthew David Lincoln** |
| fritz@j-dlaw.com | mattlincoln@mvalaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant Air Liquide Am., LP* |
| | |
| **Ingrid Blackwelder Erwin** | **Tracy L. Eggleston** |
| erwini@jacksonlewis.com | teggleston@cozen.com |
| *Attorney for Defendant Mine Safety Appliances Company* | *Attorney for Defendant Wesco Refractories, Inc.* |
| | |
| **Daniel Barry Eller** | **Daniel B. White** |
| deller@gwblawfirm.com | dwhite@gwblawfirm.com |
| *Attorney for Porter Warner Indus., LLC* | *Attorney for Porter Warner Indus., LLC* |

Dated: June 23, 2010

**ALSTON & BIRD LLP**

*s/ Noelle T. Valentine*
Noelle T. Valentine
North Carolina Bar No. 34260
*Attorney for Defendant
 Celite Corporation*