## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| John Parks Simpson and Freda Simpson, wife,<br><br>Plaintiffs,<br><br>v.<br><br>Air Liquide America, LP, Celite Corporation, Mine Safety Appliances Company, Porter Warner Industries, LLC, Wesco Refractories, Inc., and John Doe 1-5,<br><br>Defendants. | Civil Docket No. 3:09-cv-172<br><br>**PLAINTIFFS' AND DEFENDANT WESCO REFRACTORIES, INC.'S JOINT MOTION FOR ENTRY OF CONSENT ORDER VOLUNTARILY DISMISSING DEFENDANT WESCO REFRACTORIES, INC. WITHOUT PREJUDICE** |

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, Plaintiffs and Defendant Wesco Refractories, Inc. ("Wesco") jointly move this Court for an order dismissing without prejudice Wesco as a party to this action and state as follows:

Plaintiffs instituted this product liability action, naming Wesco and a number of other parties as defendants. At this stage in the discovery process, Plaintiffs and Wesco have determined and agreed that Wesco should be dismissed without prejudice. Specifically, discovery thus far has produced no identification of any Wesco product that could have potentially caused Plaintiff John Parks Simpson's alleged injuries.

The voluntary dismissal of parties who have answered the Complaint requires a Court order pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully submit that the Court should exercise its discretion in dismissing Wesco from this action because no product of Wesco's has been identified as being at issue in this litigation. Should such evidence emerge during further discovery, Plaintiffs intend to re-file their claims against Defendant Wesco as the rules permit. Accordingly, Plaintiffs and Wesco request that the Court enter the attached

proposed order designating this voluntarily dismissal as Plaintiffs' first voluntary dismissal of Wesco, which will not operate as an adjudication of the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

## **CONCLUSION**

For the foregoing reasons, Plaintiffs and Wesco respectfully request that this Court grant their Joint Motion to Voluntarily Dismiss Without Prejudice Defendant Wesco Refractories, Inc. and enter the proposed Order attached hereto.

Jointly and respectfully submitted this 1st day of July, 2010 by:

COZEN O'CONNOR                                    JEKEL-DOOLITTLE, LLC


By: _s/ Tracy L. Eggleston_ ___                    By: _s/Frederick Jekel_ _____
   Tracy L. Eggleston, Esquire                        Frederick Jekel
   NC State Bar No. 18471                              NC State Bar No.
   301 South College Street, Suite 2100               210 Wingo Way, Suite 201
   Charlotte, N.C. 28202                              Mt. Pleasant, SC 29465
   Tel. No.: (704) 376-3400                           Tel. No.: (843) 654-7700
   E-mail: teggleston@cozen.com                       E-mail: Fritz@J-DLaw.com
   *Attorneys for Defendant*                          *Attorneys for Plaintiffs*
   *Wesco Refractories, Inc.*

Consented to by:

COZEN O'CONNOR                                JEKEL-DOOLITTLE, LLC


By: _s/ Tracy L. Eggleston_____              By: _s/Frederick Jekel_____
    Tracy L. Eggleston, Esquire                  Frederick Jekel
    NC State Bar No. 18471                       NC State Bar No.
    301 South College Street, Suite 2100         210 Wingo Way, Suite 201
    Charlotte, N.C. 28202                        Mt. Pleasant, SC 29465
    Tel. No.: (704) 376-3400                     Tel. No.: (843) 654-7700
    E-mail: teggleston@cozen.com                 E-mail: Fritz@J-DLaw.com
    **_Attorneys for Defendant_**                **_Attorneys for Plaintiffs_**
    **_Wesco Refractories, Inc._**

3

## CERTIFICATE OF SERVICE

I, Tracy L. Eggleston, hereby certify that the foregoing Joint Motion for Entry of Consent Order Voluntarily Dismissing Defendant Wesco Refractories, Inc. Without Prejudice was served on all counsel of record this 1st day of July, 2010, by electronic means addressed as follows:

**William M. Graham**
bgraham@wallacegraham.com
*Attorney for Plaintiffs*

**Frederick John Jekel**
fritz@j-dlaw.com
*Attorney for Plaintiffs*

**Anthony T. Lathrop**
tonylathrop@mvalaw.com
*Attorney for Defendant Air Liquide Am., LP*

**Matthew David Lincoln**
mattlincoln@mvalaw.com
*Attorney for Defendant Air Liquide Am., LP*

**Ingrid Blackwelder Erwin**
erwini@jacksonlewis.com
*Attorney for Defendant Mine Safety
Appliances Company*

**Daniel Barry Eller**
deller@gwblawfirm.com
*Attorney for Porter Warner Indus., LLC*

**Daniel B. White**
dwhite@gwblawfirm.com
*Attorney for Porter Warner Indus., LLC*

_s/ Tracy L. Eggleston_
Tracy L. Eggleston

CHARLOTTE\261315\1 257886.000