**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| John Parks Simpson and Freda Simpson, wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:09-CV-172-FDW-DSC |
| Air Liquide America, LP, Celite Corporation, Mine Safety Appliances Company, Porter Warner Industries, LLC, Wesco Refractoriers, inc., and John Doe 1-5, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS' AND DEFENDANT AIR LIQUIDE AMERICA, LP'S JOINT MOTION FOR ENTRY OF CONSENT ORDER VOLUNTARILY DISMISSING DEFENDANT AIR LIQUIDE AMERICA, LP WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant Air Liquide America, LP ("Air Liquide") jointly move this Court for an order dismissing without prejudice Air Liquide as a party to this action and state as follows:

Plaintiffs instituted this product liability action, naming Air Liquide and a number of other parties as Defendants. At this stage of the discovery process, Plaintiffs and Air Liquide have determined and agreed that Air Liquide should be dismissed without prejudice. Specifically, discovery thus far has produced no identification of any product of Air Liquide or any predecessor of Air Liquide that could have potentially caused Plaintiff John Parks Simpson's alleged injuries.

The voluntary dismissal of parties who have answered the Complaint requires a Court order pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully submit that

the Court should exercise its discretion in dismissing Air Liquide from this action because no product of Air Liquide or Air Liquide's predecessors has been identified as being at issue in this litigation. Should such evidence emerge during further discovery, Plaintiffs intend to re-file their claims against Air Liquide as the rules permit. Accordingly, Plaintiffs and Air Liquide request that the Court enter the attached proposed order designating this voluntary dismissal as Plaintiffs' first voluntary dismissal of Air Liquide, which will not operate as an adjudication on the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

## CONCLUSION

For the foregoing reasons, Plaintiffs and Air Liquide respectfully request that this Court grant their Joint Motion to voluntarily dismiss without prejudice Defendant Air Liquide America, LP and enter the proposed Order attached hereto.

Jointly and respectfully submitted this 23rd day of July, 2010 by:

JEKEL-DOOLITTLE, LLC

MOORE & VAN ALLEN PLLC

/s/ Frederick Jekel (with permission)
Frederick Jekel
210 Wingo Way, Suite 201
P.O. Box 2579
Mt. Pleasant, SC 29465
Telephone: 843-645-7700
Facsimile: 888-567-1129
Email: fritz@j-dlaw.com

*ATTORNEYS FOR PLAINTIFFS*

/s/ Matthew D. Lincoln
Anthony T. Lathrop, NC Bar No. 15941
Matthew D. Lincoln, NC Bar No. 35410
Bank of America Corporate Center
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
Telephone: 704-331-1000
Facsimile: 704-331-1159
Email: tonylathrop@mvalaw.com
Email: mattlincoln@mvalaw.com

*ATTORNEYS FOR DEFENDANT
AIR LIQUIDE AMERICA, LP*

2

Consented to by:


JEKEL-DOOLITTLE, LLC                    MOORE & VAN ALLEN PLLC


/s/ Frederick Jekel (with permission)        /s/ Matthew D. Lincoln
Frederick Jekel                              Anthony T. Lathrop, NC Bar No. 15941
210 Wingo Way, Suite 201                     Matthew D. Lincoln, NC Bar No. 35410
P.O. Box 2579                                Bank of America Corporate Center
Mt. Pleasant, SC 29465                       100 North Tryon Street, Floor 47
Telephone:  843-645-7700                     Charlotte, NC 28202-4003
Facsimile:  888-567-1129                     Telephone:  704-331-1000
Email: fritz@j-dlaw.com                      Facsimile:  704-331-1159
                                             Email: tonylathrop@mvalaw.com
*ATTORNEYS FOR PLAINTIFFS*                    Email: mattlincoln@mvalaw.com

                                             *ATTORNEYS FOR DEFENDANT*
                                             *AIR LIQUIDE AMERICA, LP*

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that the foregoing **PLAINTIFFS' AND DEFENDANT AIR LIQUIDE AMERICA, LP'S JOINT MOTION FOR ENTRY OF CONSENT ORDER VOLUNTARILY DISMISSING DEFENDANT AIR LIQUIDE AMERICA, LP WITHOUT PREJUDICE** and proposed **ORDER** was filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following attorneys of record:

William M. Graham
bgraham@wallacegraham.com
*ATTORNEY FOR PLAINTIFFS*

Frederick Jekel
fritz@j-dlaw.com
*ATTORNEY FOR PLAINTIFFS*

Scott E. Elder
scott.elder@alston.com
Sara E. Deskins
sara.deskins@alston.com
Noelle E. Valentine
noelle.valentine@alston.com
*ATTORNEYS FOR DEFENDANT CELITE CORPORATION*

Ingrid Blackwelder Erwin
erwini@jacksonlewis.com
*ATTORNEY FOR DEFENDANT MINE SAFETY APPLIANCES COMPANY*

Daniel B. Eller
deller@gwblawfirm.com
Daniel B. White
dwhite@gwblawfirm.com
Stephanie G. Flynn
sflyn@gwblawfirm.com
Frances G. Zacher
fzacher@gwblawfirm.com
*ATTORNEYS FOR DEFENDANT PORTER WARNER INDUSTRIES, LLC*

Tracy L. Eggleston
teggleston@cozen.com
*ATTORNEY FOR DEFENDANT WESCO REFRACTORIES, INC.*

This 23rd day of July, 2010.

/s/ Matthew D. Lincoln
Matthew D. Lincoln