UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-172-FDW-DSC

| | |
|---|---|
| JOHN PARKS SIMPSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AIR LIQUIDE AMERICA, LP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on the Parties' Consent Motion for Dismissal Without Prejudice Pending Settlement. (Doc. No. 82). It is hereby ORDERED that the above action is DISMISSED WITHOUT PREJUDICE against Defendant Porter Warner Industries, LLC, pending finalization of a settlement agreement. Plaintiffs are given only thirty (30) days from entry of this Order, or until Friday, January 7, 2011, to reinstitute the action should settlement not be consummated.

IT IS SO ORDERED.

Signed: December 8, 2010

Frank D. Whitney
United States District Judge